IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                           Case No. 3:02cr103/LAC

ANTHONY JULIUS RICKS,

    Defendant.
_____/

**ORDER**

The defendant has filed a notice of appeal (doc. 163) from this Court's order denying his motion for reconsideration and a request for a certificate of appealability (doc. 164). Based on new evidence and information provided in the request, the Court now finds cause to grant the motion for reconsideration.

Accordingly, it is **ORDERED:**

1. The Court's September 6, 2005, Order denying Defendant's motion for reconsideration and January 7, 2005, Order adopting the Report and Recommendation and dismissing the § 2255 motion are **RESCINDED.** The motion for reconsideration is now **GRANTED** to the extent that Defendant shall have **TEN DAYS** from being served a copy of this Order to submit objections to the Report and Recommendation.

**ORDERED** on this 10th day of November, 2005.

                                                                                       s/ *L.A. Collier*
                                                                                       Lacey A. Collier
                                                                                      Senior United States District Judge