IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.:  3:02cr103/LAC

ANTHONY JULIUS RICKS
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 14, 2004, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 113) is DENIED.

DONE AND ORDERED this 13th day of December, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**